**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America ) <br> ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> Abraham Ferrel Gutierrez ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | CR 03-460 RSWL <br><br> **ORDER RE: Defendant Abraham Ferrel Gutierrez's Motion for Modification of an Imposed Sentence Pursuant to 18 U.S.C. § 3582(c)(2)** |

The Court is in receipt of Defendant Abraham Ferrel Gutierrez's ("Defendant") Motion for Modification of an Imposed Sentence Pursuant to 18 U.S.C. § 3582(c)(2), filed on January 11, 20112. Defendant asserts that his sentence should be reduced so as to be consistent with new sentencing guidelines for crack cocaine offenses.

The Court sets a briefing schedule regarding this Motion and hereby orders the Government to submit its Opposition to the Court regarding Defendant's Motion no

///

1

later than March 17, 2012.  Any Reply brief must be filed with the Court no later than May 17, 2012.

**IT IS SO ORDERED.**

DATED: January 18, 2012

RONALD S.W. LEW

_____

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge
